IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF IDAHO

| | |
|---|---|
| UNITED STATES OF AMERICA,           )<br>                                                            )<br>             Plaintiff-Respondent,     )<br>v.                                                       )<br>                                                            )<br>THERESA FRANCES WILSON,       )<br>                                                            )<br>             Defendant-Petitioner.      )<br>_____ ) | Case Nos.   CV-05-302-S-BLW<br>                       CR-03-26-S-BLW<br><br>**JUDGMENT** |

Based upon the Court's Order filed herewith, IT IS HEREBY ORDERED AND ADJUDGED that the Motion Pursuant to 28 U.S.C. § 2255 to Vacate, Set Aside, or Correct Sentence (Docket No. 1 in CV-05-302-S-BLW and Docket No. 24 in CR-03-26-S-BLW) filed by THERESA FRANCES WILSON is DENIED and Case No. CV-05-302-S-BLW is DISMISSED.

DATED:  **May 30, 2006**

B. LYNN WINMILL
Chief Judge
United States District Court

**Judgment - 1**